Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Steepologie, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 4 1 6 8 4 8 8

**4. Debtor's address**

**Principal place of business**

Steepologie, LLC

2110 Ranch Road 620 S
Number          Street

Austin, TX 78734
City                          State     ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number          Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State     ZIP Code

**5. Debtor's website (URL)**    https://www.steepologie.com-

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Steepologie, LLC _____  Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  4   2  ,   4  

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

         District _____ When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                            MM / DD / YYYY

        Case number, if known _____

Debtor     Steepologie, LLC
        Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| |     Number    Street |
| | _____ |
| | City     State     ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.  Insurance agency _____ |
| |          Contact name _____ |
| |          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Steepologie, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2023
MM/ DD/ YYYY

X  /s/ Andrea Raetzer                                    Andrea Raetzer
Signature of authorized representative of debtor          Printed name

Title _____ President - Owner _____

**18. Signature of attorney**

X  /s/ Stephen W Sather          Date 08/25/2023
Signature of attorney for debtor          MM/ DD/ YYYY

Stephen W Sather
Printed name

Barron & Newburger, P.C.
Firm name

7320 N. MoPac Expressway 400
Number      Street

Austin          TX      78731
City          State      ZIP Code

(512) 649-3243          ssather@bn-lawyers.com
Contact phone          Email address

17657520          TX
Bar number          State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Steepologie, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. **Cash on hand** | | _____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  Chase #2367 & PNC #7313 | Checking account | | $3,891.00 |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $3,891.00 |
|---|---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Debtor    __Steepologie, LLC_____     Case number *(if known)* _____
                Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|----------------------------------------|

11. **Accounts Receivable**

    11a. 90 days old or less:        __$1,128.00__   -   __$0.00__   = ......  ➔   __$1,128.00__
                             face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:        _____   -   _____   = ......  ➔   _____
                             face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    __$1,128.00__

---

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|---------------------------------------------|----------------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                     % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Debtor   __Steepologie, LLC__                                    Case number *(if known)* _____
             Name

         None

17.  **Total of Part 4**
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

     None

20.  **Work in progress**

     None

21.  **Finished goods, including goods held for resale**
     21.1  **Teaware Inventory Paid** _____    MM / DD / YYYY    $2,358.00                     $2,538.00

     **Additional Page Total** - *See continuation page for additional entries*                              $11,091.50

22.  **Other inventory or supplies**

     None

23.  **Total of Part 5**
     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $13,629.50

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    __Steepologie, LLC__                                    Case number *(if known)* _____
       Name

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

    **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

    **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. _____ $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor    __Steepologie, LLC__                                    Case number *(if known)* _____
          Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  **Packing Tables x 2** | $363.00 | **30% of New Price** | $363.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $960.00 |
| **40. Office fixtures** | | | |
| 40.1  **Shelving and Pipe** | $900.00 | **30% of New Price** | $900.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $13,944.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  **Tape Dispenser x 2** | $792.00 | **30% of New Price** | $792.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $8,441.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  **Bert and Ernie x 2** | $397.00 | **30% of New Price** | $397.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                  $25,797.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  __Steepologie, LLC__  Case number *(if known)* _____
       Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.         **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**   Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

Debtor   __Steepologie, LLC__                                    Case number *(if known)* _____
      Name

---

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**  Intangibles and Intellectual Property

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

    None

**61.** **Internet domain names and websites**

    None

**62.** **Licenses, franchises, and royalties**

    None

**63.** **Customer lists, mailing lists, or other compilations**

    None

**64.** **Other intangibles, or intellectual property**

    None

**65.** **Goodwill**

    None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                     $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    __Steepologie, LLC__                                    Case number *(if known)* _____
          Name

| Part 11: | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

<strong>Current value of debtor's interest</strong>

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Steepologie, LLC**                                    Case number *(if known)* _____
Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,891.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $1,128.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $13,629.50 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $25,797.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $44,445.50 | **+** 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .............................................................. | | $44,445.50 |

Debtor __**Steepologie, LLC**__  Case number *(if known)* _____

Name

## ▮ Additional Page

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale -** *Continued* | | | | |
| 21.2 **Islands Williams Sonoma** | MM / DD / YYYY | **$0.00** | | **$0.00** |
| 21.3 **Islands Williams Sonoma; 3 Full** | MM / DD / YYYY | **$4,226.00** | | **$4,226.00** |
| 21.4 **Islands Williams Sonoma; 4 Half** | MM / DD / YYYY | **$3,474.00** | | **$3,474.00** |
| 21.5 **Tea Paid** | MM / DD / YYYY | **$11,305.00** | **30 % of New Price** | **$3,391.50** |

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** **Office furniture -** *Continued* | | | | |
| 39.2 **Stainless Steel Tables x 4** | | **$960.00** | **30% of New Price** | **$960.00** |
| **40.** **Office fixtures -** *Continued* | | | | |
| 40.2 **Rolling Shelves x 10** | | **$360.00** | **30% of New Price** | **$360.00** |
| 40.3 **Rack Shelving; Uprights x 28** | | **$2,352.00** | **30% of New Price** | **$2,352.00** |
| 40.4 **Rack Shelving; Wire Decks x 190** | | **$2,907.00** | **30% of New Price** | **$2,907.00** |
| 40.5 **Rack Shelving; Orange Beams x 185** | | **$8,325.00** | **30% of New Price** | **$8,325.00** |
| **41.** **Office equipment -** *Continued* | | | | |
| 41.2 **Electric Pallet** | | **$881.00** | **30% of New Price** | **$881.00** |
| 41.3 **Computers** | | **$2,160.00** | **30% New Price** | **$2,160.00** |
| 41.4 **Plastic Bins x 600** | | **$3,600.00** | **30% of New Price** | **$3,600.00** |
| 41.5 **Canisters x 600** | | **$1,800.00** | **30% of New Price** | **$1,800.00** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name ___Steepologie, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Clear Finance Tech Corp. | **Describe debtor's property that is subject to a lien**<br>_____ | $117,065.00 | unknown |
| **Creditor's mailing address**<br>Clear Finance Tech Corp CLEARCO CAPITAL<br>1200-33 Yonge Street<br>Toronto, Ontario, M5E 1G4, | _____<br>_____<br>**Describe the lien**<br>_____ | | |
| **Creditor's email address, if known**<br>_____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $776,547.00

Debtor  Steepologie, LLC
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Geneva Capital, LLC

**Creditor's mailing address**

1311 Broadway St.

Alexandria, MN 56308

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

unknown | unknown

Debtor  Steepologie, LLC
    Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Small Business Administration

$467,632.00     $44,445.50

**Creditor's mailing address**

Little Rock Loan Servicing

2120 Riverfront Drive, Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

_____

| **Date debt was incurred** | March 23 2020 |
|---|---|

**Last 4 digits of account number**  7  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

AR, Bert and Ernie x 2, Canisters x 600, Chase #2367 & PNC #7313, Computers, Electric Pallet, Islands Williams Sonoma, Islands Williams Sonoma; 3 Full, Islands Williams Sonoma; 4 Half, Packing Tables x 2, Plastic Bins x 600, Rack Shelving; Orange Beams x 185, Rack Shelving; Uprights x 28, Rack Shelving; Wire Decks x 190, Rolling Shelves x 10, Shelving and Pipe, Stainless Steel Tables x 4, Tape Dispenser x 2, Tea Paid, Teaware Inventory Paid

**Describe the lien**

Small Business Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** SECURED BY BUSINESS AND PERSONAL GUARANTEES

Debtor    Steepologie, LLC

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

WEBBANK (RE: SHOPIFY CAPITAL)

**Describe debtor's property that is subject to a lien**

$191,850.00          unknown

**Creditor's mailing address**

WEBBANK (RE: SHOPIFY CAPITAL)

100 Shockoe Slip, 2nd Floor

Richmond, VA 23219

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

**Do multiple creditors have an interest in the same property?**

☐ Unliquidated

☐ Disputed

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Steepologie, LLC                                                    Case number (if known) _____
                Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| United States Attorney<br>Civil Processing Clerk<br>601 NW Loop 410 Ste 600<br>San Antonio, TX 78216 | Line 2. _3_ | ___ ___ ___ ___ |
| U.S. Dept. of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | Line 2. _3_ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Steepologie, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Washington Department of Revenue<br><br>Washington Department of Revenue<br><br>2101 4th Ave<br><br>Seattle, WA 98121<br><br>**Date or dates debt was incurred**<br>December 2022<br><br>**Last 4 digits of account number** - 8 9 6<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)<br>Remarks: WA Sales Excise Tax Payment Plan | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Excise Taxes<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $44,624.00 | $44,624.00 |
| **2.2** Priority creditor's name and mailing address<br><br><br><br><br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor __**Steepologie, LLC**_____     Case number *(if known)* _____
Name

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**ALDERWOOD MALL L.L.C.**

**ALDERWOOD MALL L.L.C.**

**350 N. Orleans St**

**Chicago, IL 60654**

Date or dates debt was incurred ___June 2021___

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,038.00

---

**3.2** Nonpriority creditor's name and mailing address

**ALDERWOOD Mall, LLC**

**ALDERWOOD Mall, LLC**

**701 Fifth Avenue, Suite 3600**

**Seattle, WA 98104**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgement__

Is the claim subject to offset?
☑ No
☐ Yes

$62,587.25

---

**3.3** Nonpriority creditor's name and mailing address

**Alvarez Plumbing and Air Conditioning**

**Alvarez Plumbing and Air Conditioning**

**1623 S 51st ST**

**Tampa, FL 33619**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Unsecured Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$340.69

---

**3.4** Nonpriority creditor's name and mailing address

**American Express**

**PO Box Box 981535**

**El Paso, TX 79998**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Credit card__

Is the claim subject to offset?
☑ No
☐ Yes

$936.68

Debtor    __Steepologie, LLC__                                    Case number *(if known)* _____
      Name

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

American Express

PO Box Box 981535

El Paso, TX 79998

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Credit card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$13,394.24

---

**3.6 Nonpriority creditor's name and mailing address**

Barclays Card

Hawaaian Airlines World Elite

P.O. Box 8802

Wilmington, DE 19899

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __1__ __7__ __2__ __0__

**Remarks:** LAST CHARGE WAS IN MARCH OF 2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$10,241.98

---

**3.7 Nonpriority creditor's name and mailing address**

Chase

Chase Bank

PO BOX 6294

Carol Stream, IL 60197-6294

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __2__ __9__ __5__ __4__

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$41,434.00

---

**3.8 Nonpriority creditor's name and mailing address**

Chase

Chase Bank

PO BOX 6294

Carol Stream, IL 60197-6294

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$24,606.00

Debtor __**Steepologie, LLC**_____ Case number *(if known)* _____
     Name

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.9** **Nonpriority creditor's name and mailing address**

**Elan Financial Services**
_____

**Elan Financial Services**
_____

**PO Box 790408**
_____

**Saint Louis, MO 63179**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number    9 _ 3 _ 9 _ 0

Remarks: LAST CHARGE WAS JULY 2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Card Services _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$15,703.30 _____

---

**3.10** **Nonpriority creditor's name and mailing address**

**GGP Ala Moana LLC**
_____

**GGP Ala Moana LLC**
_____

**350 N. Orleans Street 300**
_____

**Chicago, IL 60654**
_____

Date or dates debt was incurred    June 2021

Last 4 digits of account number    __ __ __ __

Remarks:
STIPULATED FINAL JUDGEMENT ATTACHED TO
SETTLEMENT, PERSONAL GUARANTEES

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

             **STIPULATED FINAL
             JUDGEMENT ATTACHED**
**Basis for the claim:** **TO SETTLEMENt** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$11,250.00 _____

---

**3.11** **Nonpriority creditor's name and mailing address**

**GRAND RIDGE PLAZA II, LLC,**
_____

**c/o Regency Centers Corporation**
_____

**One Independent Drive 114**
_____

**Jacksonville, FL 32202-5019**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown _____

---

**3.12** **Nonpriority creditor's name and mailing address**
**Home Depot Credit Services**
_____

**HOME DEPOT CREDIT SERVICES**
_____

**P. O. Box 790328**
_____

**Saint Louis, MO 63179**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Card Services _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,726.69 _____

Debtor **Steepologie, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**INTERNATIONAL TEA IMPORTERS**

**INTERNATIONAL TEA IMPORTERS**

**2140 Davie Ave**

**Los Angeles, CA 90040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Unsecured Claim**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.14** Nonpriority creditor's name and mailing address

**Kings Perez Flooring**

**Kings Perez Flooring**

**kingsperezflooring@gmail.com**

Date or dates debt was incurred **August 2023**

Last 4 digits of account number **0 3 7 9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.15** Nonpriority creditor's name and mailing address

**Klaviyo, Inc.**

**125 Summer Street Floor 6**

**Boston, MA 02111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$915.08

---

**3.16** Nonpriority creditor's name and mailing address

**PAYCOR c/o CST Co.**

**PAYCOR c/o CST Co**

**PO Box 33127**

**Louisville, KY 40232**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,300.17

---

Debtor  **Steepologie, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address
**PAYPAL CREDIT/SYNCB**

**PAYPAL CREDIT/SYNCB**

**PO BOX 71707**

**Philadelphia, PA 19176**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,541.68

---

**3.18** | Nonpriority creditor's name and mailing address
**Paypal, LLC**

**2211 North First Street**

**San Jose, California, CA 95131**

Date or dates debt was incurred    Jun 17, 2022

Last 4 digits of account number    5  6  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

$77,728.84

---

**3.19** | Nonpriority creditor's name and mailing address
**PUGET SOUND ENERGY**

**PUGET SOUND ENERGY**

**PO BOX 91269**

**92690**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** | Nonpriority creditor's name and mailing address
**Puget Sound Leasing Co., Inc.**

**P.O. Box 91269**

**Issaquah, WA 98027**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 6 of 9

Debtor    **Steepologie, LLC**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

QUEST RESOURCE MANAGMENT GROUP LLC

QUEST RESOURCE MANAGMENT GROUP LLC

P.O. Box 560261

The Colony, TX 75056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.22** Nonpriority creditor's name and mailing address

ROYAL TEA NEW YORK LLC

ROYAL TEA NEW YORK LLC

661 Hadley Road

South Plainfield, NJ 07080

Date or dates debt was incurred    April 2023

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$38,363.37

---

**3.23** Nonpriority creditor's name and mailing address

RWS Facility Services

Dept. #40299

PO Box Box 740209

Atlanta, GA 30374

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,207.09

---

**3.24** Nonpriority creditor's name and mailing address

SOU-TIER INC. (SAT)DBA

dba Robert F. Barnes

216 E. Rhapsody DR.

San Antonio, TX 78216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,299.58

---

Debtor    **Steepologie, LLC**
                Name                                                                          Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.25**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:          $5,000.00
          **WEBBANK (RE: SHOPIFY CAPITAL)**                         *Check all that apply.*
                                                                   ☐ Contingent
          **WEBBANK (RE: SHOPIFY CAPITAL)**                         ☐ Unliquidated
                                                                   ☑ Disputed
          **100 Shockoe Slip, 2nd Floor**                                                **Platform fees for July to**
          **Richmond, VA 23219**                                   Basis for the claim:  **August 2023**

                                                                   **Is the claim subject to offset?**
          **Date or dates debt was incurred**  _____     ☑ No
          **Last 4 digits of account number**  ___ ___ ___ ___     ☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:          $4,053.89
          **YOTPO INC.**                                           *Check all that apply.*
                                                                   ☐ Contingent
          **YOTPO INC.**                                           ☐ Unliquidated
                                                                   ☑ Disputed
          **233 Spring ST. 6th Floor West**                        Basis for the claim:  **Unsecured Debt**
          **New York, NY 10013**
                                                                   **Is the claim subject to offset?**
          **Date or dates debt was incurred**  **July 2023**       ☑ No
          **Last 4 digits of account number**  ___ ___ ___ ___     ☐ Yes

---

Debtor    **Steepologie, LLC**
          Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$44,624.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$348,168.53** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$392,792.53** |

Fill in this information to identify the case:

Debtor name _____ Steepologie, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: space number 1410 | GRAND RIDGE PLAZA II, LLC, |
| | c/o Regency Centers Corporation |
| State the term remaining: 0 months | One Independent Drive 114 |
| List the contract number of any government contract | Jacksonville, FL 32202-5019 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Store Number 135, | Tampa Westshore Associates |
| State the term remaining: 33 months | Tampa, FL |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Commercial Lease for Space No. 214 from the Alderwood Mall | ALDERWOOD MALL L.L.C. |
| State the term remaining: 10 months | 350 N. Orleans St Suite 300 |
| List the contract number of any government contract | Chicago, IL 60654 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: Commercial Lease for 3420 Fremont Ave N, Seattle WA 98103 | Equinox Properties Corp. |
| | 600 N 36th Street Suite 1 |
| State the term remaining: 11 months | Seattle, WA 98103 |
| List the contract number of any government contract | |

Debtor    Steepologie, LLC                                              Case number *(if known)* _____
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**  Store Number 172, | Green Hills Mall TRG LLC |
| | | 200 East Long Lake Road Suite 300 |
| | **State the term remaining**  0 months | Bloomfield Hills, MI 48304 |
| | **List the contract number of any government contract** | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**  Store No. 1155, Commercial Property | WEA SOUTHCENTER LLC |
| | | WEA SOUTHCENTER LLC, |
| | **State the term remaining**  0 months | 2049 Century Park East, 41st Floor |
| | **List the contract number of any government contract** | Los Angeles, CA 90067 |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**  Commercial Property, Store 164 | SDG FASHION MALL LIMITED PARTNERSHIP, |
| | | SDG FASHION MALL LIMITED PARTNERSHIP, |
| | **State the term remaining**  0 months | 225 West Washington Street |
| | **List the contract number of any government contract** | Indianapolis, IN 46204 |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**  Commercial Lease for space M11, at Barton Creek Square | Simon Property Group (Texas), L.P. |
| | | M.S. Management Associates Inc. |
| | **State the term remaining**  112 months | 225 West Washington Street |
| | **List the contract number of any government contract** | Indianapolis, IN 46204 |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**  Commercial Lease for Room 5150C, Houston Galleria IV | SA Galleria, LLC |
| | | M.S. Management Associates Inc. |
| | **State the term remaining**  33 months | 225 West Washington Street |
| | **List the contract number of any government contract** | Indianapolis, IN 46204 |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**  Commercial Property | MALL AT ROCKINGHAM, LLC |
| | | MALL AT ROCKINGHAM, LLC |
| | **State the term remaining**  0 months | 225 West Washington Street |
| | **List the contract number of any government contract** | Indianapolis, IN 46204 |

Debtor    Steepologie, LLC                                                      Case number *(if known)*
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for B25C | Newport Centre, LLC |
| | M.S. Management Associates Inc. |
| **State the term remaining** — 120 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for Room X101 | Mall at Northshore, LLC |
| | M.S. Management Associates Inc. |
| **State the term remaining** — 120 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for Room E14 | Mall at Smith Haven, LLC |
| | M.S. Management Associates Inc. |
| **State the term remaining** — 120 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for 3770 | Westchester Mall, LLC |
| | M.S. Management Associates Inc. |
| **State the term remaining** — 0 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for Room 2016 | Bellweather Properties |
| | c/o M.S. Management Associates Inc. |
| **State the term remaining** — 0 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Lease for Room E127B | MALL AT ROCKINGHAM, LLC |
| | MALL AT ROCKINGHAM, LLC |
| **State the term remaining** — 0 months | 225 West Washington Street |
| **List the contract number of any government contract** | Indianapolis, IN 46204 |

Debtor    Steepologie, LLC
_____
Name

Case number *(if known)* _____

▌ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.17**

| State what the contract or lease is for and the nature of the debtor's interest | Automotive Lease | Lincoln Automotive Financial Services |
|---|---|---|
| | | Customer Service Center |
| State the term remaining | 0 months | P.O. Box 542000 |
| List the contract number of any government contract | | Omaha, NE 68154 |

**2.18**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Blueprint Capital REIT, Inc. |
|---|---|---|
| | | PO Box Box 16309 |
| State the term remaining | 0 months | Seattle, WA 98116 |
| List the contract number of any government contract | | |

**2.19**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Old Vine - Kingwood Associates, LLLP |
|---|---|---|
| | | c/o Old Vine Management Group, Inc. |
| State the term remaining | 0 months | 1459 South Pearl Street |
| List the contract number of any government contract | | Denver, CO 80210 |

**2.20**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Southcenter Mall |
|---|---|---|
| | | WEA Southcenter LLC |
| State the term remaining | 0 months | 2049 Century Park East, 41st Floor |
| List the contract number of any government contract | | Los Angeles, CA 90067 |

**2.21**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Fashion Show Mall |
|---|---|---|
| | | c/o M.S. Management Associates Inc. |
| State the term remaining | 0 months | 225 West Washington Street |
| List the contract number of any government contract | | Indianapolis, IN 46204 |

**2.22**

| State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Greenwood Park Mall, LLC |
|---|---|---|
| | | c/o M.S. Management Associates Inc. |
| State the term remaining | 0 months | 225 West Washington Street |
| List the contract number of any government contract | | Indianapolis, IN 46204 |

Debtor    Steepologie, LLC                                              Case number *(if known)*
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease | Bellwether Properties |
|---|---|---|---|
| | | | c/o M.S. Management Associates Inc. |
| | **State the term remaining** | 0 months | 225 West Washington Street |
| | **List the contract number of any government contract** | | Indianapolis, IN 46204 |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease | Gibraltar, LLC |
|---|---|---|---|
| | | | 720 Seneca St. Suite B |
| | **State the term remaining** | 0 months | Seattle, WA 98101 |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name __**Steepologie, LLC**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Andrea Raetzer | 2901 S Capital of Texas Hwy, Street <br><br> Austin, TX 78746 <br> City  State  ZIP Code | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | GGP Ala Moana LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | GRAND RIDGE PLAZA II, LLC, | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Joe Raetzer | 2901 S Capital of Texas Hwy, Street <br><br> Austin, TX 78746 <br> City  State  ZIP Code | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | GGP Ala Moana LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | GRAND RIDGE PLAZA II, LLC, | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 _____ | _____ Street <br><br> _____ <br> City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Schedule H: Codebtors

Debtor    **Steepologie, LLC**                                  Case number (if known) _____

        Name

### ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Steepologie, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*..................................................................................................

    | $0.00 |
    | --- |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*..................................................................................................

    | $44,445.50 |
    | --- |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*..................................................................................................

    | $44,445.50 |
    | --- |

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $776,547.00 |
    | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

    | $44,624.00 |
    | --- |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

    | + $348,168.53 |
    | --- |

4. **Total liabilities**.................................................................................................................

    Lines 2 + 3a + 3b

    | $1,169,339.53 |
    | --- |

Fill in this information to identify the case:

Debtor name      Steepologie, LLC

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $223,103.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Claimed on SOFA | $1,654,723.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $888,790.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor  23-10671-hcm  Doc#1  Filed 08/25/23  Entered 08/25/23 13:40:10  Main Document  Pg 41 of 65
Steepologie, LLC                                                        Case number (if known)
      Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br> _____ <br> Street <br> _____ <br><br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br> _____ <br> Street <br> _____ <br><br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

| Relationship to debtor |
|---|
| _____ |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  Steepologie, LLC                                              Case number *(if known)*
        Name

**5.1.**

Creditor's name

Street

City                        State     ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City                State     ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| GGP ALA MOANA L.L.C., a Delaware limited liability company, Plaintiff, v. Steepologie LLC, a Washington limited liability company; Joseph Raetzer; Andrea Raetzer | A Breach of the Lease at Ala Moana Center at the premise Space Number 2308. | The District Court of the First Circuit Honolulu Divison <br> Name <br> 1111 Alakea Street <br> Street <br> Honolulu, HI 96813 <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Alderwood Mall, L.L.C a Delaware limited liability company, Plaintiff, v. Steepologie LLC a Washington limited liability company d/b/a Steepologie Teas; and All Other Occupants, Defendants | A Breach of the Commercial Lease at 300 184th Street SW. Lynwood Washington, Alderwood Mall Space 214.Mal | Superior Court for the State of Washington In the County of Snohomish <br> Name <br> 3000 Rockefeller Avenue <br> Street <br> Everett, WA 98201 <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** | | | |

Debtor   Steepologie, LLC
         Name

Case number *(if known)*

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | - Grand Ridge Plaza II LLC vs STEEPOLOGIE LLC AND ANDREA RAETZER AND JOSEPH RAETZER | Lease dispute - | KING County Superior Court<br>Name<br>516 Third Ave.<br>Street<br>KING County Superior Court<br>Seattle, WA 98104<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

CASE #: 23-2-00330-6 SEA

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City          State     ZIP Code | | |
| | | Date of order or assignment | City          State     ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor    Steepologie, LLC
          Name                                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Barron & Newburger, P.C. | Legal Representation | July 2023 | $12,000.00 |
| **Address** | | | |
| 7320 N Mopac Expy Ste 400<br>Street | | | |
| Austin, TX 78731-2347<br>City          State     ZIP Code | | | |
| **Email or website address** | | | |
| https://bn-lawyers.com/ | | | |
| **Who made the payment, if not debtor?** | | | |
| Steepologie, LLC | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Steepologie, LLC                                                    Case number *(if known)*
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |
| Street |
| |
| City                    State    ZIP Code |

| Relationship to debtor |
|---|
| |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____  To _____ |
| Street | |
| | |
| City          State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Steepologie, LLC                                                    Case number *(if known)*
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____    _____    _____

Facility name

_____

Street                                | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |

City          State    ZIP Code                                                          *Check all that apply:*

_____    ☐ Electronically

_____    ☐ Paper

---

**Part 9:** Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– _ _ _ _ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| City        State    ZIP Code | | _____ | | |

---

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    Steelpologie, LLC           Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Dawn Smith<br>Name<br>918 S Horton ST<br>Street<br>Seattle Public Accounting<br>Seattle, WA 98134<br>City      State     ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Dawn Smith<br>Name<br>918 S Horton ST Suite 714<br>Street<br>Seattle Public Accounting<br>Seattle, WA 98134<br>City      State     ZIP Code | From May 2016    To June 2022 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Bench Accounting<br>Name<br>Bench.com<br>Street<br><br>City      State     ZIP Code | From 2022    To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Dawn Smith<br>Name<br>918 S Horton ST Suite 714<br>Street<br>Seattle Public Accounting<br>Seattle, WA 98134<br>City      State     ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. Bench Accounting<br>Name<br><br>Street<br><br>City      State     ZIP Code | 2022-<br>From May 2016   To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | | |
| | Name | |
| | Street | |
| | City                State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | City                State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joe Raetzer | December 31, 2021 | $138,379.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                State            ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joe Raetzer | December 31, 2020 | $110,160.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. |
| Name |
| Street |
| City                State            ZIP Code |

23-10671-hcm  Doc#1  Filed 08/25/23  Entered 08/25/23 13:40:10  Main Document  Pg 51 of 65

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Joe Raetzer | | President, | 50.00% |
| Andrea Raetzer | 2901 S Capital of Texas Hwy, Austin, TX 78746 | Vice-President, | 50.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ |
| | | | To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | | | |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____08/25/2023____
              MM/  DD/  YYYY

**X** _/s/ Andrea Raetzer_____     Printed name _____Andrea Raetzer_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____President - Owner____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Steepologie, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Western District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 ALDERWOOD MALL L.L.C.<br><br>ALDERWOOD MALL L.L.C.<br>350 N. Orleans St<br>Chicago, IL 60654 | | | | | | $13,038.00 |
| 2 ALDERWOOD Mall, LLC<br><br>ALDERWOOD Mall, LLC<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104 | (206) 622-8020 | Judgement | | | | $62,587.25 |
| 3 American Express<br>PO Box Box 981535<br>El Paso, TX 79998 | | Credit card | Disputed | | | $13,394.24 |
| 4 Barclays Card<br>Hawaaian Airlines World Elite<br>P.O. Box 8802<br>Wilmington, DE 19899 | | Contract | Disputed | | | $10,241.98 |
| 5 Chase<br><br>Chase Bank<br>PO BOX 6294<br>Carol Stream, IL 60197-6294 | | Unsecured Debt | Disputed | | | $41,434.00 |
| 6 Chase<br><br>Chase Bank<br>PO BOX 6294<br>Carol Stream, IL 60197-6294 | | Unsecured Debt | Disputed | | | $24,606.00 |
| 7 Clear Finance Tech Corp.<br><br>Clear Finance Tech Corp<br>CLEARCO CAPITAL<br>1200-33 Yonge Street<br>Toronto, Ontario, M5E 1G4, | | | Disputed | | | $117,065.00 |
| 8 Elan Financial Services<br><br>Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | | Card Services | Disputed | | | $15,703.30 |

Debtor ____Steepologie, LLC_____     Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  GGP Ala Moana LLC<br>GGP Ala Moana LLC<br>350 N. Orleans Street 300<br>Chicago, IL 60654 | | STIPULATED FINAL JUDGEMENT ATTACHED TO SETTLEMENt | | | | $11,250.00 |
| 10  Home Depot Credit Services<br>HOME DEPOT CREDIT SERVICES<br>P. O. Box 790328<br>Saint Louis, MO 63179 | | Card Services | Disputed | | | $5,726.69 |
| 11  Kings Perez Flooring<br>Kings Perez Flooring<br>kingsperezflooring@gmail.com<br>, | (512) 619-9208 | Contract | | | | $4,500.00 |
| 12  PAYCOR c/o CST Co.<br>PAYCOR c/o CST Co<br>PO Box 33127<br>Louisville, KY 40232 | | Unsecured Debt | Disputed | | | $9,300.17 |
| 13  PAYPAL CREDIT/SYNCB<br>PAYPAL CREDIT/SYNCB<br>PO BOX 71707<br>Philadelphia, PA 19176 | | Unsecured Debt | Disputed | | | $4,541.68 |
| 14  Paypal, LLC<br>2211 North First Street<br>San Jose, California, CA 95131 | | Unsecured Debt | Disputed | | | $77,728.84 |
| 15  ROYAL TEA NEW YORK LLC<br>ROYAL TEA NEW YORK LLC<br>661 Hadley Road<br>South Plainfield, NJ 07080 | | | Disputed | | | $38,363.37 |
| 16  Small Business Administration<br>Little Rock Loan Servicing<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202 | | Small Business Loan | | $467,632.00 | $44,445.50 | $423,186.50 |
| 17  Washington Department of Revenue<br>Washington Department of Revenue<br>2101 4th Ave<br>Seattle, WA 98121 | | Excise Taxes | | | | $44,624.00 |
| 18  WEBBANK (RE: SHOPIFY CAPITAL)<br>WEBBANK (RE: SHOPIFY CAPITAL)<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | | | | | | $191,850.00 |
| 19  WEBBANK (RE: SHOPIFY CAPITAL)<br>WEBBANK (RE: SHOPIFY CAPITAL)<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219 | | Platform fees for July to August 2023 | Disputed | | | $5,000.00 |

| 20 | YOTPO INC.<br>YOTPO INC.<br>233 Spring ST. 6th Floor West<br>New York, NY 10013 | | | Unsecured Debt | Disputed | | | $4,053.89 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Steepologie, LLC

Case No. _____

**Debtor**                                      Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ................................................................................    $0.00

      Prior to the filing of this statement I have received ................................................................    $0.00

      Balance Due ...................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

      ☑ Debtor         ☐ Other (specify)

3.    The source of compensation to be paid to me is:

      ☑ Debtor         ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 08/25/2023 | /s/ Stephen W Sather |
| Date | Stephen W Sather |
| | *Signature of Attorney* |

Bar Number: 17657520
Barron & Newburger, P.C.
7320 N. MoPac Expressway 400
Austin, TX 78731
Phone: (512) 476-9103 x220

Barron & Newburger, P.C.
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Steepologie, LLC**                                        CASE NO

                                                                 CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/25/2023_____     Signature _____/s/ Andrea Raetzer_____

                                                  Andrea Raetzer, President - Owner

ALDERWOOD MALL L.L.C.
ALDERWOOD MALL L.L.C.
350 N. Orleans St
Chicago, IL 60654

ALDERWOOD MALL L.L.C.
350 N. Orleans St Suite 300
Chicago, IL 60654

ALDERWOOD Mall, LLC
ALDERWOOD Mall, LLC
701 Fifth Avenue, Suite 3600
Seattle, WA 98104

Alvarez Plumbing and Air
Conditioning
Alvarez Plumbing and Air Conditioning
1623 S 51st ST
Tampa, FL 33619

American Express
PO Box Box 981535
El Paso, TX 79998

American Express
PO Box Box 981535
El Paso, TX 79998

Andrea Raetzer
2901 S Capital of Texas Hwy,
Austin, TX 78746

Barclays Card
Hawaaian Airlines World Elite
P.O. Box 8802
Wilmington, DE 19899

**Bellweather Properties**
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

**Bellwether Properties**
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

**Blueprint Capital REIT, Inc.**
PO Box Box 16309
Seattle, WA 98116

**Chase**
Chase Bank
PO BOX 6294
Carol Stream, IL 60197-6294

**Clear Finance Tech Corp.**
Clear Finance Tech Corp CLEARCO
CAPITAL
1200-33 Yonge Street
Toronto, Ontario, M5E 1G4

**Elan Financial Services**
Elan Financial Services
PO Box 790408
Saint Louis, MO 63179

**Equinox Properties Corp.**
600 N 36th Street Suite 1
Seattle, WA 98103

**Fashion Show Mall**
c/o M.S., Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Geneva Capital, LLC
1311 Broadway St.
Alexandria, MN 56308


GGP Ala Moana LLC
GGP Ala Moana LLC
350 N. Orleans Street 300
Chicago, IL 60654


Gibraltar, LLC
720 Seneca St. Suite B
Seattle, WA 98101


GRAND RIDGE PLAZA II, LLC,
c/o Regency Centers Corporation
One Independent Drive 114
Jacksonville, FL 32202-5019


Green Hills Mall TRG LLC
200 East Long Lake Road Suite 300
Bloomfield Hills, MI 48304


Greenwood Park Mall, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Home Depot Credit Services
HOME DEPOT CREDIT SERVICES
P. O. Box 790328
Saint Louis, MO 63179


INTERNATIONAL TEA
IMPORTERS
INTERNATIONAL TEA IMPORTERS
2140 Davie Ave
Los Angeles, CA 90040

Joe Raetzer
2901 S Capital of Texas Hwy,
Austin, TX 78746

Kings Perez Flooring
Kings Perez Flooring
kingsperezflooring@gmail.com

Klaviyo, Inc.
125 Summer Street Floor 6
Boston, MA 02111

Lincoln Automotive Financial
Services
Customer Service Center
P.O. Box 542000
Omaha, NE 68154

Mall at Northshore, LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

MALL AT ROCKINGHAM, LLC
MALL AT ROCKINGHAM, LLC
225 West Washington Street
Indianapolis, IN 46204

Mall at Smith Haven, LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Newport Centre, LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Old Vine - Kingwood
Associates, LLLP
c/o Old Vine Management Group, Inc.
1459 South Pearl Street
Denver, CO 80210

PAYCOR c/o CST Co.
PAYCOR c/o CST Co
PO Box 33127
Louisville, KY 40232

PAYPAL CREDIT/SYNCB
PAYPAL CREDIT/SYNCB
PO BOX 71707
Philadelphia, PA 19176

Paypal, LLC
2211 North First Street
San Jose, California, CA 95131

PUGET SOUND ENERGY
PUGET SOUND ENERGY
PO BOX 91269
92690

Puget Sound Leasing Co., Inc.
P.O. Box 91269
Issaquah, WA 98027

QUEST RESOURCE
MANAGMENT GROUP LLC
QUEST RESOURCE MANAGMENT GROUP
LLC
P.O. Box 560261
The Colony, TX 75056

ROYAL TEA NEW YORK LLC
ROYAL TEA NEW YORK LLC
661 Hadley Road
South Plainfield, NJ 07080

RWS Facility Services
Dept. #40299
PO Box Box 740209
Atlanta, GA 30374


SA Galleria, LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


SDG FASHION MALL LIMITED
PARTNERSHIP,
SDG FASHION MALL LIMITED
PARTNERSHIP,
225 West Washington Street
Indianapolis, IN 46204

Simon Property Group
(Texas), L.P.
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Small Business
Administration
Little Rock Loan Servicing
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

Southcenter Mall
WEA Southcenter LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


SOU-TIER INC. (SAT)DBA
dba Robert F. Barnes
216 E. Rhapsody DR.
San Antonio, TX 78216


Tampa Westshore Associates
Tampa, FL

U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Attorney
Civil Processing Clerk
601 NW Loop 410 Ste 600
San Antonio, TX 78216


Washington Department of Revenue
Washington Department of Revenue
2101 4th Ave
Seattle, WA 98121

WEA SOUTHCENTER LLC
WEA SOUTHCENTER LLC,
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


WEBBANK (RE: SHOPIFY CAPITAL)
WEBBANK (RE: SHOPIFY CAPITAL)
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Westchester Mall, LLC
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


YOTPO INC.
YOTPO INC.
233 Spring ST. 6th Floor West
New York, NY 10013