**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEEPOLOGIE, LLC | § § § | Case No. 23-10671-cgb |
| Debtor | § § § | |

**RESPONSE TO MOTION TO COMPEL PAYMENT OF POST-PETITION RENT AND OTHER APPROPRIATE RELIEF**

COMES NOW Steepolologie, LLC and files this Response to Motion to Compel Payment of Post-Petition Rent and Other Appropriate Relief and would show as follows:

1. Debtor admits the allegations of para. 1.

2. Debtor admits the allegations of para. 2.

3. Debtor lacks information sufficient to admit or deny the first sentence of para. 3. Debtor admits the remainder of para. 3.

4. Debtor admits the allegations of para. 4.

5. Debtor admits the allegations of para. 5.

6. Debtor admits that Movant is entitled to an administrative claim. Debtor denies that it should be compelled to immediately pay such amount. Under Subchapter V, a debtor is permitted to pay administrative claims over the life of its plan.

7. Debtor admits that landlord is entitled to an administrative claim. Debtor denies that such claim should be paid immediately. Debtor denies that landlord is entitled to recover attorneys' fees.

8. Debtor admits the allegations of para. 8.

9. Debtor denies the allegations of para. 9. As explained in the seminal case of *In re Mr.*

*Gatti's, Inc.*, 164 B.R. 929 (Bankr. W.D. Tex. 1994), Congress mandated timely performance of a tenant's obligations but did not provide a remedy. The most logical remedy would be requiring the Debtor to pay the rent or surrender the property. Here, Debtor has already surrendered the property. Additionally, when Congress enacted Subchapter V it allowed payment of administrative claims over the life of a plan. If Debtor sought to assume the lease it would be required to cure the pre- and post-petition arrearages. However, since Debtor has rejected the lease the most the creditor is entitled to is an allowed administrative claim.

10. Debtor denies the allegations of para. 10.
11. Debtor denies the allegations of para. 11.
12. Debtor denies the allegations of para. 12.
13. Debtor denies the allegations of para. 13.
14. Debtor denies the allegations of para. 14.
15. Debtor admits the allegations of para. 15.
16. Debtor admits the allegations of para. 16.

Respectfully Submitted,

BARRON & NEWBURGER, P.C.

*/s/ Stephen W. Sather*
Stephen W. Sather (SBN 17657520)
ssather@bn-lawyers.com
7320 N. MoPac Expwy, Ste 400
Austin, Texas 78701-1837
Telephone: (512) 476-9103
Facsimile: (512) 476-9253

ATTORNEYS FOR THE DEBTOR

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response was served by first class mail, postage prepaid and properly addressed, on October 11, 2023 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

*/s/ Stephen W. Sather*

```
Label Matrix for local noticing          Steepologie, LLC                         U.S. BANKRUPTCY COURT
0542-1                                   2110 Ranch Road 620 S  341929            903 SAN JACINTO, SUITE 322
Case 23-10671-hcm                        Steepologie, LLC                         AUSTIN, TX 78701-2450
Western District of Texas                Austin, TX 78734-0279
Austin
Fri Aug 25 14:10:17 CDT 2023

ALDERWOOD MALL L.L.C.                    ALDERWOOD MALL L.L.C.                    ALDERWOOD Mall, LLC
350 N. Orleans St Suite 300              ALDERWOOD MALL L.L.C.                    ALDERWOOD Mall, LLC
Chicago, IL 60654-1607                   350 N. Orleans St                        701 Fifth Avenue, Suite 3600
                                         Chicago, IL 60654-1975                   Seattle, WA 98104-7010


Alvarez Plumbing and Air Conditioning    American Express                         Andrea Raetzer
Alvarez Plumbing and Air Conditioning    PO Box Box 981535                        2901 S Capital of Texas Hwy,
1623 S 51st ST                           El Paso, TX 79998-1535                   Austin, TX 78746-8101
Tampa, FL 33619-5327


Barclays Card                            Bellweather Properties                   Bellwether Properties
Hawaaian Airlines World Elite            c/o M.S. Management Associates Inc.      c/o M.S. Management Associates Inc.
P.O. Box 8802                            225 West Washington Street               225 West Washington Street
Wilmington, DE 19899-8802                Indianapolis, IN 46204-3435              Indianapolis, IN 46204-3435


Blueprint Capital REIT, Inc.             (p)JPMORGAN CHASE BANK  N A              Clear Finance Tech Corp.
PO Box Box 16309                         BANKRUPTCY MAIL INTAKE TEAM              Clear Finance Tech Corp CLEARCO CAPITAL
Seattle, WA 98116-0309                   700 KANSAS LANE FLOOR 01                 1200-33 Yonge Street
                                         MONROE LA 71203-4774                     Toronto, Ontario, M5E 1G4


(p)US BANK                               Equinox Properties Corp.                 Fashion Show Mall
PO BOX 5229                              600 N 36th Street Suite 1                c/o M.S., Management Associates Inc.
CINCINNATI OH 45201-5229                 Seattle, WA 98103-8830                   225 West Washington Street
                                                                                  Indianapolis, IN 46204-3435


GGP Ala Moana LLC                        (p)REGENCY CENTERS                       Geneva Capital, LLC
GGP Ala Moana LLC                        ATTN LEGAL DEPARTMENT                    1311 Broadway St.
350 N. Orleans Street 300                ONE INDEPENDENT DRIVE                    Alexandria, MN 56308-2533
Chicago, IL 60654-1607                   SUITE 114
                                         JACKSONVILLE FL 32202-5005


Gibraltar, LLC                           Green Hills Mall TRG LLC                 Greenwood Park Mall, LLC
720 Seneca St. Suite B                   200 East Long Lake Road Suite 300        c/o M.S. Management Associates Inc.
Seattle, WA 98101-3265                   Bloomfield Hills, MI 48304-2324          225 West Washington Street
                                                                                  Indianapolis, IN 46204-3435


Home Depot Credit Services               INTERNATIONAL TEA IMPORTERS              Joe Raetzer
HOME DEPOT CREDIT SERVICES               INTERNATIONAL TEA IMPORTERS              2901 S Capital of Texas Hwy,
P. O. Box 790328                         2140 Davie Ave                           Austin, TX 78746-8101
Saint Louis, MO 63179-0328               Los Angeles, CA 90040-1706


Klaviyo, Inc.                            Lincoln Automotive Financial Services    MALL AT ROCKINGHAM, LLC
125 Summer Street Floor 6                Customer Service Center                  MALL AT ROCKINGHAM, LLC
Boston, MA 02110-1641                    P.O. Box 542000                          225 West Washington Street
                                         Omaha, NE 68154-8000                     Indianapolis, IN 46204-3435
```

| | | |
|---|---|---|
| Mall at Northshore, LLC<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Mall at Smith Haven, LLC<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Newport Centre, LLC<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 |
| Old Vine - Kingwood Associates, LLLP<br>c/o Old Vine Management Group, Inc.<br>1459 South Pearl Street<br>Denver, CO 80210-2226 | PAYCOR c/o CST Co.<br>PAYCOR c/o CST Co<br>PO Box 33127<br>Louisville, KY 40232-3127 | PAYPAL CREDIT/SYNCB<br>PAYPAL CREDIT/SYNCB<br>PO BOX 71707<br>Philadelphia, PA 19176-1707 |
| PUGET SOUND ENERGY<br>PUGET SOUND ENERGY<br>PO BOX 91269<br>92690 | Paypal, LLC<br>2211 North First Street<br>San Jose, California, CA 95131-2021 | Puget Sound Leasing Co., Inc.<br>P.O. Box 91269<br>Issaquah, WA 98027 |
| QUEST RESOURCE MANAGMENT GROUP LLC<br>QUEST RESOURCE MANAGMENT GROUP LLC<br>P.O. Box 560261<br>The Colony, TX 75056-0261 | ROYAL TEA NEW YORK LLC<br>ROYAL TEA NEW YORK LLC<br>661 Hadley Road<br>South Plainfield, NJ 07080-2403 | RWS Facility Services<br>Dept. #40299<br>PO Box Box 740209<br>Atlanta, GA 30374-0209 |
| SA Galleria, LLC<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | SDG FASHION MALL LIMITED PARTNERSHIP,<br>SDG FASHION MALL LIMITED PARTNERSHIP,<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | SOU-TIER INC. (SAT)DBA<br>dba Robert F. Barnes<br>216 E. Rhapsody DR.<br>San Antonio, TX 78216-3114 |
| Simon Property Group (Texas), L.P.<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Small Business Administration<br>Little Rock Loan Servicing<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202-1794 | Southcenter Mall<br>WEA Southcenter LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067-3101 |
| Tampa Westshore Associates<br>Tampa, FL | U.S. Dept. of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 | United States Attorney<br>Civil Processing Clerk<br>601 NW Loop 410 Ste 600<br>San Antonio, TX 78216-5512 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WEA SOUTHCENTER LLC<br>WEA SOUTHCENTER LLC,<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067-3101 | WEBBANK (RE: SHOPIFY CAPITAL)<br>WEBBANK (RE: SHOPIFY CAPITAL)<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219-4100 |
| Washington Department of Revenue<br>Washington Department of Revenue<br>2101 4th Ave<br>Seattle, WA 98121-2352 | Westchester Mall, LLC<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | YOTPO INC.<br>YOTPO INC.<br>233 Spring ST. 6th Floor West<br>New York, NY 10013-1522 |
| Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Chase Bank<br>PO BOX 6294<br>Carol Stream, IL 60197-6294 | Elan Financial Services<br>Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | GRAND RIDGE PLAZA II, LLC,<br>c/o Regency Centers Corporation<br>One Independent Drive 114<br>Jacksonville, FL 32202-5019 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kings Perez Flooring
Kings Perez Flooring
kingsperezflooring@gmail.com

End of Label Matrix
Mailable recipients   57
Bypassed recipients    1
Total                 58